UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBLE BERNISEARL MCGILL EL BEY,<br><br>          Plaintiff,<br><br>   v.<br><br>A. DIAZ, et al.,<br><br>          Defendant. | No. 2:19-cv-01958-MCE-CKD PS<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 26, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 26, 2019, are adopted in full; and
2. The action is dismissed without leave to amend; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE